1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | CASE NO.  2:15-CR-00152-TLN
12 |                      Plaintiff,     |
13 |              v.                     | AMENDED STIPULATION REGARDING
   |                                     | EXCLUDABLE TIME PERIODS UNDER SPEEDY
   |                                     | TRIAL ACT; FINDINGS AND ORDER
14 | OMAR ERUBIEL VALENZUELA,            |
   |                                     | DATE: November 19, 2015
15 |                      Defendant.     | TIME: 9:30 a.m.
   |                                     | COURT: Hon. Troy L. Nunley
16

17                             **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20      1.      By previous order, this matter was set for status on November 19, 2015.

21      2.      By this stipulation, defendant now moves to continue the status conference until January

22  14, 2016, and to exclude time between November 19, 2015, and January 14, 2016, under Local Code T4.

23      3.      The parties agree and stipulate, and request that the Court find the following:

24          a)      The government has represented that the discovery associated with this case

25  includes written reports and descriptions of the items found during a search.  All of this

26  discovery has been either produced directly to counsel and/or made available for inspection and

27  copying.

28          b)      Counsel for defendant desires additional time to consult with his client, review the

STIPULATION REGARDING EXCLUDABLE TIME          1
PERIODS UNDER SPEEDY TRIAL ACT

1  discovery, and conduct an investigation.

2         c)      Counsel for defendant believes that failure to grant the above-requested

3  continuance would deny him/her the reasonable time necessary for effective preparation, taking

4  into account the exercise of due diligence.

5         d)      The government does not object to the continuance.

6         e)      Based on the above-stated findings, the ends of justice served by continuing the

7  case as requested outweigh the interest of the public and the defendant in a trial within the

8  original date prescribed by the Speedy Trial Act.

9         f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10  et seq., within which trial must commence, the time period of November 19, 2015 to January 14,

11  2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

12  T4] because it results from a continuance granted by the Court at defendant's request on the basis

13  of the Court's finding that the ends of justice served by taking such action outweigh the best

14  interest of the public and the defendant in a speedy trial.

15     4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

16  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

17  must commence.

18     IT IS SO STIPULATED.

19

20  Dated:  November 16, 2015              BENJAMIN B. WAGNER
United States Attorney

21

22                      /s/ PAUL A. HEMESATH
PAUL A. HEMESATH
Assistant United States Attorney

23

24

25  Dated:  November 16, 2015              /s/ MARK GOLDROSEN
MARK GOLDROSEN
Counsel for Defendant

26                      Omar Erubiel Valenzuela

27

28

1

**FINDINGS AND ORDER**

2

IT IS SO FOUND AND ORDERED this 16th day of November, 2015.

3

4

5

_____
Troy L. Nunley
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3